## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

United States of America,

    Plaintiff,

vs.                                    Case No. 3:25-cv-1072-MMH-LLL

Monica Alejandra Cabezas Quintana,

    Defendant.

For:
AUSA Lacy R. Harwell, Jr.
U.S. Attorney's Office
400 N. Tampa St., Suite 3200
Tampa, FL 33602

Received by John D. Leahy, Sr. Civil Contract Investigator, on December 9, 2025 to be served on Monica Alejandra Cabezas Quintana, 2260 University Blvd., Apt. 90F, Jacksonville, FL 32211.

I, JOHN D. LEAHY, do hereby affirm that on the 9th day of December, 2025, I:

INDIVIDUALLY/PERSONALLY served by delivering a true copy of the Summons in a Civil Action and Complaint with the date and hour of service endorsed thereon by me, to: Monica Alejandra Cabezas Quintana at the address of 2260 University Blvd., Apt. 90F, Jacksonville, FL 32211, and informed said person of the contents in compliance with state statutes.

I do hereby certify that I have no interest in the above action, and that I am over the age of eighteen. Under penalty of perjury I declare that I have read the foregoing Verified Return of Service and the facts stated in it are true and correct. Notary not required pursuant to F.S. 92.525 and 28 U.S.C. 1746.

_John D. Leahy_
JOHN D. LEAHY
Senior Civil Contract
Investigator

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:25-cv-01072-MMH-LLL |
| Monica Alejandra Cabezas Quintana | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Monica Alejandra Cabezas Quintana
1629 E. 14th Street
Jacksonville, FL 32206-3328

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lacy R. Harwell, Jr.
Assistant U.S. Attorney
400 N. Tampa St., Suite 3200
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: September 17, 2025

Signature of Clerk or Deputy Clerk