United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

  Plaintiff,

v.  No. 3:25-cv-1072-JEP-LLL

**MONICA ALEJANDRA CABEZAS QUINTANA,**

  Defendant.
_____

## Order

Before the Court is plaintiff's Motion for Entry of Clerk's Default and Supporting Memorandum of Law. Doc. 10. Plaintiff's motion fails to indicate any state or Federal Rule of Civil Procedure under which it effected service of process on defendant and how service of process complies with any specified basis. As a result, plaintiff's Motion for Entry of Clerk's Default and Supporting Memorandum of Law, doc. 10, is **denied without prejudice**. Plaintiff is directed that any renewed motion shall address the deficiency noted above.

**Ordered** in Jacksonville, Florida, on January 27, 2026.



/s/ Laura Lothman Lambert
United States Magistrate Judge

c:
Kyesha Mapp, Assistant United States Attorney
Lacy R. Harwell, Jr., Assistant United States Attorney