UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 3:25-CV-1072-MMH-LLL

MONICA ALEJANDRA CABEZAS
QUINTANA,

    Defendant.
_____/

**SECOND RENEWED MOTION FOR ENTRY OF CLERK'S DEFAULT
AND SUPPORTING MEMORANDUM OF LAW**

Pursuant to Fed.R.Civ.P. 55(a), the United States of America hereby files its Second Renewed Motion for Entry of Clerk's Default against the defendant, Monica Alejandra Cabezas Quintana, for failure to timely answer or otherwise respond to the complaint in this matter. The basis for this motion appears in the memorandum of law below.

Memorandum of Law

The United States filed its complaint in this matter on September 11, 2025. Doc. 1. The United States served defendant, Monica

Alejandra Cabezas Quintana, by delivering a copy of the summons and complaint to her personally on December 9, 2025.  See Doc. 7.  Under Fed.R.Civ.P. 12(a)(1)(A)(i), the deadline for responding to the complaint passed on December 30, 2025.

      Fed.R.Civ.P. 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."  A court must ensure adequate service of process because a court lacks jurisdiction over a defendant who is not properly served.  *Pardazi v. Cullman Med. Ctr.*, 896 F.2d 1313, 1317 (11th Cir. 1990).  Fed.R.Civ.P. 4(e )(2)(A) provides that "an individual – other than a minor, incompetent person or person whose waiver has been filed -- may be served in a judicial district of the United States by delivering a copy of the summons and of the complaint to the individual personally."  Section 48.031(1)(A) in turn states that "[s]ervice of original process is made by delivering a copy of it to the person to be served with a copy of the complaint...."  Thus, the method of personal service in this case complies with both the federal rule and state statute.  According to the docket, the defendant has nonetheless not appeared nor responded to the complaint by the deadline imposed by

Fed.R.Civ.P. 12. As of the date of the filing of the complaint in this matter, the defendant was neither a minor nor an incompetent person.

## Local Rule 3.01(g) Certificate

The undersigned has attempted to confer with the defendant concerning the relief sought by this motion but we have no contact information other than the physical address where she was served with process. The attached correspondence was mailed to her at that address on January 13, 2026 but we have received no response and have no other means of communicating with her. We will update the Court with any response that is ultimately received to this letter.

WHEREFORE, the United States of America respectfully requests the Court to direct the Clerk to enter default against the defendant for failure to answer or otherwise respond to the complaint.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

/s/ *Lacy R. Harwell, Jr.*
Lacy R. Harwell, Jr.
Assistant U.S. Attorney
FBN 714623
Office of the U.S. Attorney, MDFL
400 N. Tampa St., Suite 3200
Tampa, FL  33602
Tel. 813 274-6000
Email: randy.harwell@usdoj.gov

Certificate of Service

I HEREBY CERTIFY THAT ON January 27, 2026, I caused a true copy of the foregoing to be filed using the Court's CM/ECF filing system, which will send an electronic notice of filing.

I FURTHER CERTIFY that on January 27, 2026, I caused a true copy of the foregoing to be furnished by certified mail, first class postage prepaid, to:

Monica Alejandra Cabezas Quintana
2260 University Blvd., Apt. 90F
Jacksonville, FL  32211

/s/ *Lacy R. Harwell, Jr.*
Lacy R. Harwell, Jr.
Assistant United States Attorney