2110 First Street, Suite 3-137
Fort Myers, Florida 33901
239/461-2200
239/461-2219 (Fax)

35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
352/547-3600
352/547-3623 (Fax)



U.S. Department of Justice
*United States Attorney*
*Middle District of Florida*

Main Office
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
813/274-6000
813/274-6358 (Fax)

300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
904/301-6300
904/301-6310 (Fax)

400 West Washington Street, Suite 3100
Orlando, Florida 32801
407/648-7500
407/648-7643 (Fax)

Reply to: **Tampa, FL**                                                                                                     LRH

1/13/2026

By certified mail

Monica Alejandra Cabezas Quintana
2260 University Blvd., Apt. 90F
Jacksonville, FL  32211

    Re: <u>USA v. Quintana</u>, case no. 3:25-cv-1072 (M.D. Fla.)

Ms. Quintana:

    This is to inform you that the deadline for responding to the complaint filed in the above lawsuit has expired and consequently we will be filing a motion for default and default judgment in the immediate future. The local rules require me to obtain your position concerning these motions. Please communicate your position by email (Randy.Harwell@usdoj.gov) or telephone (813 274 6000) as soon as possible. Thank you.

                             Sincerely,

                             Lacy R. Harwell, Jr.
                             Assistant United States Attorney