UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 3:25-cv-1072-JEP-LLL

MONICA ALEJANDRA
CABEZAS QUINTANA,

    Defendant.
_____

## ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), default is entered against the defendant **MONICA ALEJANDRA CABEZAS QUINTANA,** in Jacksonville, Florida, on the 2nd day of February, 2026.

    ELIZABETH M. WARREN, CLERK

    /s/ N. Kojic, Deputy Clerk

Copies furnished to:
Counsel of Record