# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                           Case No. 3:25-CV-1072-MMH-LLL

MONICA ALEJANDRA CABEZAS
QUINTANA,

    Defendant.

_____/

## DECLARATION OF LACY R. HARWELL, JR.
## IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT

I, Lacy R. Harwell, Jr., hereby state that I am an Assistant United States Attorney for the Middle District of Florida and in such capacity represent the Plaintiff in the above captioned action. In support of the United States' Motion for Entry of Default Judgment filed in this matter, I hereby represent that the attached records are authentic, true and accurate copies of the documents indicated:

- Attachment 1: Final Order of Removal dated April 24, 2024;

- Attachment 2: Notice of Intention to Fine Under the Immigration and Nationality Act dated April 29, 2025;

- Attachment 3: USPS Form 3811;

- Attachment 4: Final Order Imposing Penalty under INA § 275(b) Improper Entry by Alien § 240B Failure to Depart Voluntarily, § 247D Failure to Comply With Final Order of Removal dated June 22, 2025;

- Attachment 5: Invoice dated June 30, 2025;

- Attachment 6: Past Due Invoice dated July 11, 2025;

- Attachment 7: Updated Certificate of Indebtedness dated January 12, 2026.

Further affiant sayeth naught.

Pursuant to 28 U. S. C. § 1746(2) I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 9, 2026

_____
Lacy R. Harwell, Jr.
Assistant United States Attorney