DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# NOTICE OF INTENTION TO FINE UNDER THE
# IMMIGRATION AND NATIONALITY ACT

File Number: ▇▇▇▇▇▇▇

Penalty Tracking Number: MIA-NIF-274D-245066249

In the Matter of:    CABEZAS Quintana, Monica Alejandra
                     Name

                     1629 E 14th St, Jacksonville, FL 32206
                     Address (Number, Street, City, State, and Zip Code)

The U.S. Department of Homeland Security alleges that:

☒   You are a not a citizen or national of the United States.

It is further alleged that, under the following sections of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code:

## ☐ Section 240B

☐   On _____ , you were permitted to depart voluntarily under Section 240 of Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1229c.

☐   You voluntarily failed to depart the United States within the time period specified.

Based on the foregoing, it is charged that you violated Section 240B(d)(1) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1229c(d)(1).

And as deemed appropriate, IT IS INTENDED that:

☐   a civil penalty be imposed upon you in the amount of: $ _____ , pursuant to Section 240B(d)(1)(A) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1229c(d)(1)(A); and Title 8 of the Code of Federal Regulations, Part 280.

## ☒ Section 274D

☒   On   04/24/2024   , an order of removal, for which you are subject, was made final.

☒   You willfully failed or refused to -

    ☒   depart from the United States pursuant to the order.

    ☒   make timely application in good faith for travel or other documents necessary for departure.

    ☒   present for removal at the time and place required by the Attorney General [or Secretary of Homeland Security].

☒   You conspired to or took any action designed to prevent or hamper your departure pursuant to the order.

Based on the foregoing, it is charged that you violated Section 274D(a) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1324d(a).

And as deemed appropriate, IT IS INTENDED that:

☒   a civil penalty be imposed upon you in the amount of: $ 368,262.00 , pursuant to Section 274D(a) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1324d(a); and Title 8 of the Code of Federal Regulations, Part 280.

☐ **Section 275**

☐ On _____, you were apprehended while entering (or attempting to enter) the United States at a time or place other than as designated by immigration officers.

Based on the foregoing, it is charged that you violated Section 275(b) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1325(b).

And as deemed appropriate, IT IS INTENDED that:

☐ a civil penalty be imposed upon you in the amount of: $ _____ , pursuant to Section 275(b)(1) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1325(b)(1); and Title 8 of the Code of Federal Regulations, Part 280.

☐ a civil penalty be imposed upon you in the amount of: $ _____ , twice the amount specified in Section 275(b)(1) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1325(b)(1), because you have been previously subject to a civil penalty under this subsection, pursuant to Section 275(b)(2) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1325(b)(2); and Title 8 of the Code of Federal Regulations, Part 280.

BOBBY C CHRONOWSKI    Digitally signed by BOBBY C CHRONOWSKI Date: 2025.04.29 16:26:37 -04'00'    _____    Detention and Deportation Officer    04/29/2025

Signature of Issuing Officer    Title    Date

## NOTICE OF RIGHTS

I.    You have the right to contest this Notice. If you desire to contest this Notice, you must:

1.    Within 30 days from the service of this Notice, file a written defense in duplicate, under oath, setting forth the reasons why a civil penalty should not be imposed; AND

2.    State whether a personal appearance for interview is requested; AND

3.    Submit documentary evidence and a brief in support of any argument made, and any request for a personal interview, in person or by certified mail to the following address:

Attn: Civil Fines 500 12th St. SW MS 5302 Rm. 11078
Washington, D.C. 20536

II.    You may file a request for an extension to respond to this Notice. The extension request cannot be for more than 30 days. You must file the request for an extension either in person or by certified mail to the address contained in Section I. You must set forth the reasons for your request, and an extension will only be granted upon good cause being shown. You may request a personal appearance before the Issuing Officer named above, or with any immigration officer at this location.

III.    If a written request for a personal interview or a written defense to this Notice is not received by the deadline to respond, or if the answer admits the allegations in the Notice, the ICE Deciding Official will enter an order in the case sustaining the allegations and charge(s) and no appeal from this decision may be taken pursuant to 8 C.F.R. § 280.13(a).

IV.    If you request a personal interview, the interview will be conducted pursuant to 8 C.F.R. § 280.13(b). Any evidence in opposition to the imposition of the fine may also be presented at the personal interview.

V.    After the conclusion of the personal interview or review of your written defense, if no personal interview is requested, the Issuing Officer will prepare a report summarizing the evidence and containing the findings and recommendation for the ICE Deciding Official's review. After review, the ICE Deciding Official will issue a decision in writing.

VI.    The ICE Deciding Official's decision can be appealed to the Board of Immigration Appeals as provided in 8 C.F.R. §§ 280.13(b); 1003.3(a)(2); and 1280.1(b). The notice of appeal, on Form EOIR-29, Notice of Appeal to the Board of Immigration Appeals from a Decision of a DHS Officer, must be filed with the ICE Deciding Official at the address contained in Section I, within 30 days from the service of the written decision.

VII.    You have a right to representation by counsel of your choice at no expense to the U.S. Government.

VIII.    Any statement given may be used against you in these proceedings.

ICE Form I-79 (4/25)    Page 2 of 3

## CERTIFICATE OF SERVICE

Bobby Chronowski

Served by (print name)

04/29/2025

Date served

Detention and Deportation Officer

Name and title of employee or officer

BOBBY C
CHRONOWSKI

Digitally signed by BOBBY C
CHRONOWSKI
Date: 2025.04.29 16:26:58
-04'00'

Signature of employee or officer

Certified Mail

Place of service

Person served (print name)

Signature of person served

☐ Refused to Sign

Method of Service:

☐ Personal Delivery

☐ Personal Delivery - Residence

☐ Delivery to Attorney

☒ Certified/Registered Mail, Return Receipt Requested

TRACKING NUMBER: 9589071052703112353290

ICE Form I-79 (4/25)

Page 3 of 3

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052703112353290

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 11:16 am on May 29, 2025 in JACKSONVILLE, FL 32206.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered
**Delivered, Individual Picked Up at Postal Facility**
JACKSONVILLE, FL 32206
May 29, 2025, 11:16 am

**Reminder to Schedule Redelivery of your item**
May 28, 2025

**Notice Left (No Authorized Recipient Available)**
JACKSONVILLE, FL 32206
May 23, 2025, 1:15 pm

**Arrived at USPS Regional Facility**
JACKSONVILLE FL DISTRIBUTION CENTER
May 22, 2025, 11:48 am

**In Transit to Next Facility**
May 21, 2025

**Arrived at USPS Regional Facility**
GAITHERSBURG MD DISTRIBUTION CENTER

Feedback

May 20, 2025, 9:09 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**