

USPS TRACKING #

9590 9402 9489 5069 9259 23

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

FC 30070068104

ATTN: Civil Fines
500 12th Street. SW.
MailStop 5202, RM 11078
Washington, D.C. 20536

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Case 3:25-cv-01072-JEP-LLL     Document 14-4     Filed 03/09/26     Page 2 of 2 PageID 50



**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

A 245 066 249

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 9489 5069 9259 23

2. Article Number *(Transfer from service label)*
589 0710 5270 3112 3532 90

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Alejandra Q.
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
Monica

C. Date of Delivery
5/29/25

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt