U.S. DEPARTMENT OF HOMELAND SECURITY
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

FINAL ORDER IMPOSING PENALTY UNDER INA § 275(b) IMPROPER ENTRY BY ALIEN
§ 240B FAILURE TO DEPART VOLUNTARILY, § 274D FAILURE TO COMPLY WITH FINAL ORDER OF
REMOVAL

In the Matter of: ▉▉▉▉▉▉▉    Cabezas Quintana, Monica Alejandra    , Respondent
              A-Number                    Alien Name

1629 E 14th St, Jacksonville, FL 32206         MIA   – NIF   – 274D – 245066249
Alien Mailing Address                          Penalty Tracking Number

---

**§275(b) – Improper Entry by Alien**

On _____, a Form I-79, Notice of Intention to Fine was served upon the alien stating the allegations and charge, and the civil monetary penalty amount to be imposed, you were apprehended (or attempting to enter) the United States at a time and place other than as designated by immigration officers.

**§240B – Failure to Voluntarily Depart**

On _____, a Form I-79, Notice of Intention to Fine was served upon the alien stating the allegations and charge, and the civil monetary penalty amount to be imposed upon the alien for failure to voluntarily depart the United States within the time specified in an order permitting voluntary departure.

**§274D – Failure or Refusing to Comply with a Final Order**

On ___5/8/2025___, a Form I-79, Notice of Intention to Fine was served upon the alien stating the allegations and charge, and the civil monetary penalty amount to be imposed upon the alien for willfully failing or refusing to comply with a final order of removal.

On the Form I-79, Notice of Intention to Fine, the alien was advised of their right to contest the civil monetary penalty by, within 30 days from service of the Notice of Intention to Fine, submitting a written defense in duplicate, under oath, setting forth the reasons why a civil monetary penalty should not be imposed, and stating whether a personal appearance for interview is desired.

In response to the Form I-79, Notice of Intention to Fine, the alien:

☐ Filed an answer admitting the allegations in the Form I-79, Notice of Intention to Fine.

☒ Did not file an answer within 30 days following the service of the Form I-79, Notice of Intention to Fine.

Pursuant to 8 C.F.R. § 280.13(a), the allegations and charge are **SUSTAINED.**

As deemed appropriate, it is ordered that a civil monetary penalty be imposed upon the alien in the amount of:

$_____ pursuant to section **275(b)** of the Immigration and Nationality Act, 8 U.S.C. § 1325(b).

$_____ pursuant to section **240B(d)** of the Immigration and Nationality Act, 8 U.S.C. § 1229c(d).

$ 368,262.00 pursuant to section **274D(a)** of the Immigration and Nationality Act, 8 U.S.C. § 1324d(a).

No appeal from this decision may be taken. 8 C.F.R. § 280.13(a). DHS will issue an invoice and instructions for payment of the imposed civil monetary penalty.

---

Brian Peterson            Supervisory Detention & Deportation Officer    Peterson, 3951  Digitally signed by Peterson, 3951
                                                                                          Date: 2025.06.22 09:12:50 -07'00'
Deciding Official Name    Deciding Official Title                         Deciding Official Signature and Date

U.S. DEPARTMENT OF HOMELAND SECURITY
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

CERTIFICATION THAT ADMINISTRATIVELY FINAL ORDER/DECISION
IMPOSING CIVIL MONETARY PENALTY HAS BEEN ISSUED

In the Matter of:

████████

A-Number

Cabezas Quintana, Monica Alejandra , Respondent

Alien Name

MIA — NIF — 274D — 245066249  $ 368,262.00    6/7/2025

Penalty Tracking Number            Penalty Amount         Penalty Order Date

I hereby certify that an administratively final order/decision imposing a civil monetary penalty in the above amount has been issued based upon a violation of:

☐ Improper entry by an alien under Immigration and Nationality Act § **275(b).**

☐ Failure to Depart Voluntarily under Immigration and Nationality Act § **240B.**

☒ Failure to Comply with Final Order under Immigration and Nationality Act § **274D.**

Upon this my signature below, it is deemed appropriate for Financial Service Center – Burlington to issue an invoice for the purpose of collecting the imposed civil monetary penalty.

**Brian Peterson**         Supervisory Detention & Deportation Officer         Peterson, 3951

Deciding Official Name          Deciding Official Title          

Digitally signed by Peterson, 3951
Date: 2025.06.22 09:12:56 -07'00'

Deciding Official Signature and Date

U.S. DEPARTMENT OF HOMELAND SECURITY
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

ACCOUNTS RECEIVABLE NOTIFICATION FORM FOR INA § 275(b) IMPROPER ENTRY BY ALIEN (IEBA PENALTY) § 240B FAILURE TO DEPART VOLUNTARILY PENALTY (FTDV PENALTY) INA § 274D FAILURE TO COMPLY WITH FINAL ORDER OF REMOVAL PENALTY (FTCF PENALTY)

To: Miscellaneous.Receivables@ice.dhs.gov

| MIA — NIF — 274D — 245066249 | $ 368,262.00 | | 6/7/2025 |
|---|---|---|---|
| Penalty Tracking Number | | Penalty Amount | Penalty Order Date |
| ███████ | Cabezas Quintana, Monica Alejandra | | |
| A-Number | Alien Name | | SSN or ITIN (if none, type "None") |
| 1629 E 14th St, Jacksonville, FL 32206 | | | ███████ |
| Alien Mailing Address | | | Alien Phone Number |

## Along with this Accounts Receivable Notification Form, you must submit copies of the following documents:

☑ The Form I-79, Notice of Intention to Fine, with a properly completed certificate of service showing that the Form I-79 was properly served on the alien.

☐ Form I-213 Record of Deportable/Inadmissible Alien.

☑ A copy of the Immigration Judge or Board of Immigration Appeals order(s) final order of removal decision

☐ A copy of the Immigration Judge or Board of Immigration Appeals order(s) voluntary departure including civil monetary penalty warnings, and the set penalty amount (or if none then the presumptive $ 3,000 amount applies).

☑ A copy of the form, Certification that Administratively Final Order/Decision assessing FTDV, FTCF or IEBA penalty has been issued.

☑ The Deciding Official's Final Order/Decision assessing the penalty.

☐ The Board of Immigration Appeals (BIA) decision.

☑ Verification that no BIA appeal was filed.

| Brian Peterson | Supervisory Detention & Deportation Officer | Peterson, 3951  Digitally signed by Peterson, 3951  Date: 2025.06.22 09:13:03 -07'00' |
|---|---|---|
| Deciding Official Name | Deciding Official Title | Deciding Official Signature and Date |